1  ANDRÉ BIROTTE JR.
   United States Attorney
2  ROBERT E. DUGDALE
   United States Attorney
3  Chief, Criminal Division
   STEVEN R. WELK
4  Assistant United States Attorney
   Chief, Asset Forfeiture Section
5  P. GREG PARHAM
   Assistant United States Attorney
6  California Bar Number 140310
   Asset Forfeiture Section
7       1400 United States Courthouse
        312 North Spring Street
8       Los Angeles, California 90012
        Telephone: (213) 894-6528
9       Facsimile: (213) 894-7177
        E-Mail: Greg.Parham@usdoj.gov
10
   Attorneys for Plaintiff
11 United States of America

12              UNITED STATES DISTRICT COURT

13          FOR THE CENTRAL DISTRICT OF CALIFORNIA

14                    WESTERN DIVISION

15 UNITED STATES OF AMERICA,    )  NO.  CV 11-09066 JFW(AGRx)
                                )
16           Plaintiff,         )
                                )
17           v.                 )  **CONSENT JUDGMENT OF FORFEITURE AS**
                                )  **TO CLAIMANT ANDREW CETTEI ONLY**
18 $62,309.00 IN U.S. CURRENCY, )  [This consent judgment is not
   ET AL.,                      )  case-dispositive but does resolve
19                              )  the claim of one claimant]
             Defendants.        )
20 _____  )
                                )
21 SEAN I. CARDILLO, ANDREW     )
   CETTEI, HERBABOLOGY, INC.,   )
22 PEOPLEPERSON'S, INC., AND DOC )
   STAFFSOLUTIONS, INC.,        )
23                              )
             Claimants.         )
24 _____  )

25

26      This action was filed on November 1, 2011 and an amended

27 complaint was filed on December 1, 2011 ("the amended

28 complaint").  Notice was given and published in accordance with

law.  Claimant Andrew Cettei ("Cettei") filed a verified claim of
interest on January 9, 2012.  No answers have yet been filed in
this matter.  Plaintiff United States of America ("the
government") and Cettei, from whom the defendant bank account
funds in the amount of $10,615.87 (seized from Bank of America
account number ending in 744, held in Cettei's name) and the
defendant bank account funds in the amount of $54,603.34 (seized
from Wells Fargo Bank account number ending in 191, held in
Cettei's name)("Cettei's account funds") were seized and who
filed a verified claim thereto, have reached an agreement that is
dispositive of the government's claims against Cettei's interest
in this action, and hereby request that the Court enter this
Consent Judgment of Forfeiture.

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

This Court has jurisdiction over the parties and the subject
matter of this action.

1.   Notice of this action has been given in accordance with
law.  All potential claimants to Cettei's account funds other
than Cettei are deemed to have admitted the allegations of the
amended complaint.  The allegations set out in the amended
complaint are sufficient to establish a basis for forfeiture.

2.   The United States of America shall have judgment as to
all of the $10,615.87 in account funds seized from Bank of
America account number ending in 744, held in Cettei's name, and
$41,559.34 of the account funds seized from Wells Fargo Bank
account number ending in 191, held in Cettei's name, plus all
interest earned by the government on the full amount of Cettei's
account funds, and no other person or entity shall have any

right, title or interest therein.   The United States Marshals
Service is ordered to dispose of said assets in accordance with
law.

3.   $13,044.00 of the defendant account funds seized from
Wells Fargo Bank account number ending in 191, held in Cettei's
name, without any interest earned by the government on that
amount, shall be paid to Cettei not later than sixty (60) days
from the date of the entry of this judgment by electronic
transfer directly into a financial institution account designated
by Cettei's counsel, Nicholas Rosenberg.   Cettei's counsel agrees
to provide appropriate financial institution account information
within 10 days of execution of this consent judgment.

4.   Cettei hereby releases the United States of America,
its agencies, agents, and officers, including employees and
agents of the Federal Bureau of Investigation, from any and all
claims, actions or liabilities arising out of or related to this
action, including, without limitation, any claim for attorney's
fees, costs or interest which may be asserted on behalf of the
claimant, whether pursuant to 28 U.S.C. § 2465 or otherwise.

5.   The court finds that there was reasonable cause for the
seizure of Cettei's account funds and institution of these
proceedings.   This judgment shall be construed as a certificate
of reasonable cause pursuant to 28 U.S.C. § 2465.

///
///
///
///
///

1    6.    The Court retains jurisdiction over this case and the

2  parties hereto to effectuate the terms of this Consent Judgment.

3  Dated:  March 21, 2012

4                          _____
                           THE HONORABLE JOHN F. WALTER
5                          UNITED STATES DISTRICT JUDGE

6

7  **Approved as to form and content:**

   Dated: March 20, 2012      ANDRÉ BIROTTE JR.
8                             United States Attorney
                              ROBERT E. DUGDALE
9                             Assistant United States Attorney
                              Chief, Criminal Division
10                            STEVEN R. WELK
                              Assistant United States Attorney
11                            Chief, Asset Forfeiture Section

12
                                 /s/ P. Greg Parham
13                            _____
                              P. GREG PARHAM
                              Assistant United States Attorney
14                            Asset Forfeiture Section

15                            Attorneys for Plaintiff
                              United States of America
16

17  Dated: March 19, 2012

18                               /s/ Nicholas Rosenberg
                              _____
                              NICHOLAS ROSENBERG
19                            Attorney for Claimant
                              ANDREW CETTEI
20

21

22

23

24

25

26

27

28

                                  4