ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
P. GREG PARHAM
Assistant United States Attorney
California Bar Number 140310
Asset Forfeiture Section
    1400 United States Courthouse
    312 North Spring Street
    Los Angeles, California 90012
    Telephone: (213) 894-6528
    Facsimile: (213) 894-7177
    E-Mail: Greg.Parham@usdoj.gov

Attorneys for Plaintiff
United States of America

JS-6
cc: Fiscal

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>        v.<br><br>$62,309.00 IN U.S. CURRENCY, ET AL.,<br><br>        Defendants.<br><br>SEAN I. CARDILLO, ANDREW CETTEI, HERBABOLOGY, INC., PEOPLEPERSON'S, INC., AND DOC STAFFSOLUTIONS, INC.,<br><br>        Claimants. | NO. CV 11-09066 JFW(AGRx)<br><br>**CONSENT JUDGMENT OF FORFEITURE AS TO CLAIMANTS SEAN I. CARDILLO, HERBABOLOGY, INC., PEOPLEPERSON'S, INC., AND DOC STAFFSOLUTIONS, INC. ONLY**<br>[This consent judgment is case-dispositive and resolves all remaining claims] |

    This action was filed on November 1, 2011 and an amended complaint was filed on December 1, 2011 ("the amended complaint"). Notice was given and published in accordance with

law.  Claimants Sean I. Cardillo ("Cardillo"), Herbabology, Inc. ("Herbabology"), Peopleperson's, Inc. ("Peopleperson's") and DOC Staffsolutions, Inc. ("DOC") (collectively, "claimants") filed a verified claim of interest on January 19, 2012 and an answer on April 2, 2012.  A claim and answer were also filed by Andrew Cettei, but on March 21, 2012, the court entered a consent judgment of forfeiture as to the assets claimed by Cettei.  <u>See</u> Court docket no. 17.  Plaintiff United States of America ("the government") and claimants, from whom some of the defendant assets (identified below ) were seized, and who filed verified claims thereto, have reached an agreement that is dispositive of the government's claims against the remaining defendant assets, and the parties hereby request that the Court enter this Consent Judgment of Forfeiture.  The defendant assets seized from claimants and encompassed in this consent judgment are as follows:

  A. $62,309.00 in U.S. currency (the "defendant currency");

  B. One 2010 Chevrolet Camaro, VIN# 2G1FK1EJ8A9224614 (the "defendant Camaro");

  C. One R. Taylor Style 2 acoustic guitar (the "defendant Taylor guitar");

  D. One Ritter ("The Fireburl") bass guitar (the "defendant Fireburl guitar");

  E. One Ritter ("The Purple Kush") bass guitar (the "defendant Purple Kush guitar");

  F. Chase Bank Account Funds:

    1. $196,730.04 seized from account number xxxxxx256;

    2. $139,127.97 seized from account number xxxxxxx745;

|     |    |                                                          |
| --- | -- | -------------------------------------------------------- |
| 1   |    | 3.   $63,819.32 seized from account number xxxxxx534;    |
| 2   |    | 4.   $34,980.94 seized from account number xxxxxx249;    |
| 3   |    | 5.   $1,129.65 seized from account number xxxxxx264.     |
| 4   | G. | Comerica Bank Account Funds:                             |
| 5   |    | 1.   $35,323.51 seized from account number xxxxxxx608;   |
| 6   |    | 2.   $53,502.80 seized from account number xxxxxxx782;   |
| 7   |    | 3.   $100.00 seized from account number xxxxxxx002;      |
| 8   |    | 4.   $100.00 seized from account number xxxxxxx996;      |
| 9   |    | 5.   $800.00 seized from account number xxxxxxx010.      |
| 10  | H. | Wells Fargo Bank Account Funds:                          |
| 11  |    | 1.   $44,489.91 seized from account number xxxxxxx953;[1]|
| 12  |    | 2.   $120,535.94 seized from account number xxxxxxx931;  |
| 13  |    | 3.   $2,830.54 seized from account number xxxxxxx926;    |
| 14  |    | 4.   $54,603.34 seized from account number xxxxxxx191.   |

The assets set forth above shall be collectively referred to hereinafter as "claimants' assets."

**WHEREFORE, IT IS ORDERED, ADJUDGED AND DECREED:**

This Court has jurisdiction over the parties and the subject matter of this action.

1.   Notice of this action has been given in accordance with law. All potential claimants to the claimants' assets other than claimants are deemed to have admitted the allegations of the amended complaint. The allegations set out in the amended complaint are sufficient to establish a basis for forfeiture.

---

[1] The amended complaint contains an incorrect sum for the funds actually seized from this account, $44,538.91. The government actually seized $44,489.91 from the Wells Fargo Bank account number xxxxxxx953, a difference of $49.00. Claimants waive any discrepancy as to the amount alleged to have been seized from this account as set forth in the government's amended complaint.

3

1  2. The United States of America shall have judgment as to
2 the following:  the defendant currency; the defendant Camaro; all
3 of the $139,127.97 in funds seized from Chase Bank account number
4 xxxxxxx745; all of the $63,819.32 in funds seized from Chase Bank
5 account number xxxxxx534; $31,710.98 of the $34,980.94 in funds
6 seized from Chase Bank account number xxxxxx249; all of the
7 $1,129.65 in funds seized from Chase Bank account number
8 xxxxxx264; all of the $35,323.51 in funds seized from Comerica
9 Bank account number xxxxxxx608; all of the $53,502.80 in funds
10 seized from Comerica Bank account number xxxxxxx782; all of the
11 $100.00 in funds seized from Comerica Bank account number
12 xxxxxxx002; all of the $100.00 in funds seized from Comerica Bank
13 account number xxxxxxx996; all of the $800.00 in funds seized
14 from Comerica Bank account number xxxxxxx010; all of the
15 $44,489.91 in funds seized from Wells Fargo Bank account number
16 xxxxxxx953; all of the $120,535.94 in funds seized from Wells
17 Fargo Bank account number xxxxxxx931; and all of the $2,830.54 in
18 funds seized from Wells Fargo Bank account number xxxxxxx926.
19 These defendants, together with all interest earned by the
20 government on the full amount of such funds, are hereby forfeited
21 to the United States, and no other person or entity shall have
22 any right, title or interest therein.  The United States Marshals
23 Service is ordered to dispose of said assets in accordance with
24 law.
25  3. All of the $196,730.04 in account funds seized from
26 Chase Bank account number xxxxxx256, plus all interest earned by
27 the government on these funds, and $3,269.96 of the defendant
28 account funds seized from Chase Bank account number xxxxxx249,

1  plus interest earned by the government on that amount, shall be
2  paid to claimants not later than forty-five (45) days from the
3  date of the entry of this judgment by electronic transfer
4  directly into a financial institution account designated by
5  claimants' counsel, Paul L. Gabbert.  Claimants' counsel agrees
6  to provide appropriate financial institution account information
7  within 10 days of execution of this consent judgment.
8       4.   The defendant Taylor guitar, the defendant Fireburl
9  guitar and the defendant Purple Kush guitar shall be returned to
10 claimants not later than forty-five (45) days from the date of
11 the entry of this judgment through claimants' counsel, Paul L.
12 Gabbert.
13      5.   Cardillo, Herbabology, Peopleperson's and DOC hereby
14 release the United States of America, its agencies, agents, and
15 officers, including employees and agents of the Federal Bureau of
16 Investigation, from any and all claims, actions or liabilities
17 arising out of or related to this action, including, without
18 limitation, any claim for attorney's fees, costs or interest
19 which may be asserted on behalf of the claimants, whether
20 pursuant to 28 U.S.C. § 2465 or otherwise.
21      6.   The court finds that there was reasonable cause for the
22 seizure of claimants' assets and institution of these
23 proceedings.  This judgment shall be construed as a certificate
24 of reasonable cause pursuant to 28 U.S.C. § 2465.
25 ///
26 ///
27 ///
28 ///

     7.   The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this Consent Judgment.

Dated: December 20, 2012

_____
THE HONORABLE JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

**Approved as to form and content:**

```
Dated: December 19, 2012    ANDRÉ BIROTTE JR.
                            United States Attorney
                            ROBERT E. DUGDALE
                            Assistant United States Attorney
                            Chief, Criminal Division
                            STEVEN R. WELK
                            Assistant United States Attorney
                            Chief, Asset Forfeiture Section

                              /s/  P. Greg Parham
                            P. GREG PARHAM
                            Assistant United States Attorney
                            Asset Forfeiture Section

                            Attorneys for Plaintiff
                            United States of America

Dated: December 18, 2012      /s/  Paul L. Gabbert
                            PAUL L. GABBERT
                            Attorney for Claimants
                            SEAN CARDILLO, HERBABOLOGY, INC.,
                            PEOPLEPERSON'S, INC., AND DOC STAFFSOLUTIONS,
                            INC.

Dated: December 19, 2012       /s/  Sean Cardillo
                            SEAN CARDILLO
                            Claimant

Dated: December 19, 2012       /s/ Sean Cardillo
                            HERBABOLOGY, INC.
                            BY SEAN CARDILLO
                            Claimant

Dated: December 19, 2012       /s/ Sean Cardillo
                            PEOPLEPERSON'S, INC.
                            BY SEAN CARDILLO
                            Claimant

Dated: December 19, 2012       /s/ Sean Cardillo
                            DOC STAFFSOLUTIONS, INC.
                            BY SEAN CARDILLO
                            Claimant
```